DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SALVATORE JOHN RUSSO**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-2460

[October 18, 2018]

Appeal of order denying 3.801 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 432015CF000767AXMX.

Salvatore John Russo, Stuart, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*